UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.Y.C.G.,

Petitioner,

v.

JULIO HERNANDEZ, Seattle Acting Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement,

Respondents.

CASE NO. 2:26-cv-03057-TL

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER

This matter is before the Court on Petitioner's Motion for Temporary Restraining Order ("TRO"). Dkt. No. 2. Petitioner is presently detained at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. *See* Dkt. No. 1 (petition) ¶ 1. In Petitioner's motion, Petitioner requests:

> the immediate issuance of the Order to Show Cause/Scheduling Order as referenced in General Order No. 08-26 (requiring 48-72 hour notice before transferring), or the emergency temporary restraining order preventing physical removal of Petitioner from

> the physical jurisdiction of this Court, until an adjudication has been made on the filed Petition.

Dkt. No. 2 at 2.

At 10:35 a.m. PDT on August 28, 2026, the Court issued a scheduling order, which provides Petitioner with the relief he seeks in his motion. Dkt. No. 3. Specifically, Paragraph 3 of the Order mandates:

> **Respondents shall provide Petitioner(s) and Petitioner(s)' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner(s) from the Western District of Washington or to remove them from the United States.** Respondents shall also (1) file the notice of intent to transfer or remove on the Court's docket; and (2) file a notice on the docket if the transfer or removal is completed.

*Id.* at 2 (boldface added).

In his motion, Petitioner asserts that NWIPC officials "required a Temporary Restraining Order in order not to transfer him." Dkt. No. 2 at 2. The Court advises Respondents that its Scheduling Order carries as much authority as a TRO, and the Court expects that Respondents will uphold their duty to provide advanced notice prior to any action to move Petitioner out of the District.

Therefore, Petitioner's motion for TRO (Dkt. No. 2) is DENIED AS MOOT.

Dated this 28th day of August, 2026.

Tana Lin
United States District Judge